```
ERIC GRANT
United States Attorney
MATHEW W. PILE
Head of Program Litigation 1
Social Security Administration | Law & Policy
JULIE A.K. CUMMINGS, SBN HI 10635
Special Assistant United States Attorney
Program Litigation 1
Social Security Administration | Law & Policy
6401 Security Boulevard
Baltimore, MD 21235
Telephone: 410-966-1551
Julie.Cummings@SSA.gov
```

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY DANIEL CULLARO,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　Defendant. | CIVIL NO. 2:25-cv-01593-EFB<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT; [PROPOSED] ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, with the approval of the Court, that this action be remanded for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g).

Upon remand, the Appeals Council will direct the administrative law judge to take further action to develop the administrative record, as necessary, and issue a new decision.

The parties further request that the Court direct the Clerk of the Court to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

This stipulation constitutes a remand under the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: December 1, 2025            Respectfully submitted,

Peña and Bromberg, PC

By:   s/ Jonathan Omar Pena
      JONATHAN OMAR PEÑA
      Attorney for Plaintiff
      (By email authorization)


ERIC GRANT
United States Attorney

By:   s/ *Julie A.K. Cummings*
      JULIE A.K. CUMMINGS
      Special Assistant United States Attorney
      Program Litigation 1
      Social Security Administration | Law & Policy

Attorneys for Defendant


### ~~[PROPOSED]~~ ORDER

Based upon the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand"), and for cause shown, **IT IS ORDERED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings pursuant to the fourth sentence of Section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

Dated: December 16, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE